UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lillian M. McKethan<br>Debtor<br><br>Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust<br>v.<br><br>Lillian M. McKethan<br>Estate of Pearl L. Farrell – Co-Debtor<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 25-14671-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date:<br><br>Objection Deadline: |

**CERTIFICATION OF DEFAULT OF MOTION FOR**
**RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Ashely M. Chan on April 27, 2026. A copy of the Stipulation is attached hereto as **Exhibit A**. Movant certifies that the required Notice of Default required by the Order was sent to Debtors and Debtors' attorney on July 29, 2026, and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as **Exhibit B**. In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.

Dated: August 27, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com